# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ROBERT STEVEN RUTHERFORD                                                                    PLAINTIFF
ADC #178056

v.                                              2:21-cv-00160-BSM-JJV

KOOCK                                                                                       DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

## DISPOSITION

Robert Steven Rutherford ("Plaintiff") is a prisoner in the Delta Regional Unit of the Arkansas Division of Correction. On December 3, 2021, he filed a *pro se* Complaint alleging his constitutional rights had been violated and a Motion to Proceed *In Forma Pauperis* ("IFP Motion"). (Docs. 1, 2.) On the same day, I denied the IFP Motion because: (1) it said Plaintiff had assets but did not explain what those assets were or how much they were worth; (2) the attached Calculation Sheet, which was signed by Plaintiff instead of an authorized prison official, said he had $600,000,000 in his prison account. (Docs. 3.) I then gave Plaintiff thirty (30) days to either pay the filing fee in full or file a properly completed IFP Motion and Calculation Sheet.

1

I gave Plaintiff the necessary forms and cautioned him I would recommend dismissal, pursuant to Local Rule 5.5(c)(2), if he did not timely comply with my instructions.

Plaintiff has not responded to my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 10th day of January 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE