IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT RUTHERFORD**                                         **PLAINTIFF**
*ADC #178056*

**v.**                  **CASE NO. 2:21-CV-00160-BSM**

**KOOCK**                                                 **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted. Robert Rutherford's lawsuit is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of January, 2022.

                                                   UNITED STATES DISTRICT JUDGE