IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT RUTHERFORD**                                                               **PLAINTIFF**
*ADC #178056*

v.                              CASE NO. 2:21-CV-00160-BSM

**KOOCK**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE